```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12893
   DWAYNE S HOGAN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-8889


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/20/08 .

     2.  The case was dismissed without confirmation, 08/01/2008.

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00               .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    NOT FILED               .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED               .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED               .00             .00
AMERICAN COLLECTION       UNSECURED        NOT FILED               .00             .00
CERTIFIED SERVICES INC    UNSECURED        NOT FILED               .00             .00
CERTIFIED SERVICES INC    UNSECURED        NOT FILED               .00             .00
COMPUCREDIT CORP          UNSECURED        NOT FILED               .00             .00
CONCORD FINANCIAL         UNSECURED        NOT FILED               .00             .00
CORNWEL TOOL              UNSECURED        NOT FILED               .00             .00
DEPENDON COLLECTION SERV  UNSECURED        NOT FILED               .00             .00
FRIEDMAN & WEXLER         UNSECURED        NOT FILED               .00             .00
IC SYSTEMS                UNSECURED        NOT FILED               .00             .00
KEYNOTE CONSULTING INC    UNSECURED        NOT FILED               .00             .00
LVNV FUNDING              UNSECURED        NOT FILED               .00             .00
NICOR GAS                 UNSECURED        NOT FILED               .00             .00
SHERMAN ACQUISITION       UNSECURED        NOT FILED               .00             .00
WEST ASSET MANAGEMENT     UNSECURED        NOT FILED               .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY      UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00           .00           .00            .00            .00
PRINCIPAL PAID       .00           .00           .00            .00            .00
INTEREST PAID        .00           .00           .00            .00            .00
TOTAL PAID           .00           .00           .00            .00            .00
The Debtor's attorney, HAROLD M SAALFELD            , was allowed $     .00
and was paid $         .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 11/13/08               /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE

                         PAGE   2
CASE NO. 08 B 12893 DWAYNE S HOGAN